# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Rickie Atkin, | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Stefan Brown and Acme Concrete Paving Company, | ) |
| | ) Case No. 1:17-cv-234 |
| Defendants. | ) |

Before the court is a motion for attorney C. Ryan Christensen to appear *pro hac vice* on plaintiff' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney C. Ryan Christensen has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 8) is **GRANTED**. Attorney C. Ryan Christensen is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2017.

>                     */s/ Charles S. Miller, Jr.*
>                     Charles S. Miller, Jr.
>                     United States Magistrate Judge