# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Rickie Atkin, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Stefan Brown, an individual, and Acme Concrete Paving Company, | ) | Case No. 1:17-cr-234 |
| | ) | |
| Defendant. | ) | |

On January 30, 2019, the parties filed a "Joint Stipulated Motion to Modify Scheduling/Discovery Plan." The court **GRANTS** the motion (Doc. No. 21) and amends the pretrial deadlines as follows:

1. The parties shall have until June 30, 2019, to complete fact discovery and to file discovery motions.

2.. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a. Plaintiff by May 1, 2019; and

   b. Defendants by June 3, 2019.

   (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

The jury trial set for April 15, 2019 shall be rescheduled for October 7, 2019, at 9:00 a.m. at the U.S. Courthouse in Bismarck, North Dakota before Chief Judge Hovland. A five (5) day trial is anticipated. The final pretrial conference set for April 3, 2019, shall be rescheduled for September

25, 2019 at 2:00 p.m. by telephone before the magistrate judge. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 31st day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court