# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Rickie Atkin, | ) | |
| | ) | **ORDER RESCHEDULING FINAL** |
| Plaintiff, | ) | **PRETRIAL CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Stefan Brown and Acme Concrete Paving Company, | ) | |
| | ) | |
| | ) | Case No. 1:17-cv-234 |
| Defendants. | ) | |

The final pretrial conference set for September 25, 2019, shall be rescheduled for April 14, 2020, at 10:00 a.m. by telephone before the magistrate judge. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2019.

                                                      */s/ Clare R. Hochhalter*
                                                      Clare R. Hochhalter, Magistrate Judge
                                                      United States District Court